IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| CHARASMA MOSELEY; and       )<br>RONALD MOSELEY, as          )<br>Administrator Ad Litem for )<br>the Estate of K.M.,         )<br>Deceased,                   )<br>                            )<br>     Plaintiffs,            )<br>                            )<br>     v.                     )<br>                            )<br>BIG'S TRUCKING; et al.,     )<br>                            )<br>     Defendants.            ) | CIVIL ACTION NO.<br>2:23cv262-MHT<br>(WO) |

ORDER

This case is before the court on plaintiffs' motion for certification of alias summons and motion for extension of time to effectuate service of process, filed on June 15, 2023. Plaintiffs ask the court to grant them an extension of time until July 24, 2023, in which to serve defendants Big's Trucking, Pamela Tarter, Jeffrey Tarter, Ricky Gray, and Outlaw Express, and to instruct the clerk of court to certify the submitted alias summonses for issuance upon said defendants.

Rule 4(m) of the Federal Rules of Civil Procedure provides, in relevant part:

> "Time Limit for Service. If a defendant is not served within 90 days after the complaint is filed, the court--on motion or on its own after notice to the plaintiff--must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period."

Fed. R. Civ. P. 4(m).

Plaintiffs filed this case in state court on March 24, 2023. The 90-day limit for service of process therefore expired on June 22, 2023. Plaintiffs assert that they attempted to serve all defendants by mail but did not receive notices of the failure of service on the above-mentioned defendants due the removal of the case to federal court on April 26, 2023, and a quirk in the state-court filing system. *See* Motion (Doc. 20) ("On or about May 4, 2023, the Circuit Court of Lowndes County, Alabama received notice that the

2

certified mail for Defendants Big's Trucking, Pamela Tarter, Jeffrey Tarter, Ricky Gray, and Outlaw Express was returned as undeliverable. Because the case shows as "DISPOSED" in the AlaCourt system, notice of the failed service was not sent to counsel.").

The court finds that plaintiffs have established good cause for failing to serve the listed defendants within 90 days of filing the complaint.

Accordingly, it is ORDERED that:

(1) Plaintiffs' motion for certification of alias summons and motion for extension of time to effectuate service of process (Doc. 20) is granted.

(2) The clerk of court is directed to certify and issue the summons for defendants Big's Trucking, Pamela Tarter, Jeffrey Tarter, Ricky Gray, and Outlaw Express.

    **(3) Plaintiffs shall have until July 24, 2023, in which to perfect service of process upon defendants Big's Trucking, Pamela Tarter, Jeffrey Tarter, Ricky Gray, and Outlaw Express.**

    **DONE, this the 27th day of June, 2023.**

                                         /s/ Myron H. Thompson
                                 **UNITED STATES DISTRICT JUDGE**