IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| CHARASMA MOSELEY; and )<br>RONALD MOSELEY, as )<br>Administrator Ad Litem for )<br>the Estate of K.M., )<br>Deceased, )<br> )<br>　　Plaintiffs, )<br> )<br>　　v. )<br> )<br>BIG'S TRUCKING; et al., )<br> )<br>　　Defendants. ) | CIVIL ACTION NO.<br>2:23cv262-MHT<br>(WO) |

ORDER

Upon consideration of the "Agreed Order Granting Motion for Relief from Automatic Stay" (Doc. 24-1) entered on July 19, 2023, by the United States Bankruptcy Court for the Middle District of Florida, Orlando Division in In re Commercial Express, Inc., case no. 6:23-bk-01333-TPG, and based on the representations made on the record during the conference on May 18, 2023, it is ORDERED that:

(1) The stay of this case as to defendant Commercial Express, Inc. (Doc. 13), is lifted "to the

extent of allowing plaintiffs "to seek recovery from any insurer or other entity providing insurance coverage or indemnity to ... [Commercial Express, Inc.] and/or to seek recovery from any other third-party which may be liable to ... [plaintiffs] as a result of ... [Commercial Express, Inc.]'s alleged liability. No recovery shall be sought directly from … Commercial Express, Inc."

(2) The order for status reports (Doc. 13) is dissolved.

DONE, this the 31st day of July, 2023.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE