IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| CHARASMA MOSELEY; and )<br>RONALD MOSELEY, as )<br>Administrator Ad Litem for )<br>the Estate of K.M., )<br>Deceased, )<br>           )<br>    Plaintiffs, )<br>           ) | CIVIL ACTION NO.<br>2:23cv262-MHT<br>(WO) |
| v.       ) | |
| BIG'S TRUCKING; et al., )<br>           )<br>    Defendants. ) | |

ORDER

This case is before the court on plaintiffs' motion for extension of time to effectuate service of process, filed on August 15, 2023.  Plaintiffs ask the court to grant them an unspecified extension of time in which to serve defendant Outlaw Express.  For the reasons below, the court will grant an extension of 45 days to serve this defendant.

Rule 4(m) of the Federal Rules of Civil Procedure provides, in relevant part:

> "Time Limit for Service. If a defendant is not served within 90 days after the complaint is filed, the court--on motion or on its own after notice to the plaintiff--must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period."

Fed. R. Civ. P. 4(m).

Plaintiffs filed this case in state court on March 24, 2023.  The 90-day limit for service of process therefore expired on June 22, 2023.  In a prior motion to extend the time for service, plaintiffs asserted that they attempted to serve all defendants by mail but did not receive notices of the failure of service on the above-mentioned defendants due the removal of the case to federal court on April 26, 2023, and a quirk in the state-court filing system.  The court found that plaintiffs had established good cause for failing to serve the listed defendants within 90 days of filing the complaint, and granted an extension of time to serve the specified defendants until July 24, 2023.

*See* Order of June 27, 2023 (Doc. 21). Plaintiffs then successfully served defendants Big's Trucking, Pamela Tarter, Jeffrey Tarter, and Ricky Gray.

However, despite multiple tries, the process server was unable to serve defendant Outlook Express at the service address. *See* Record of Service Attempts (Doc. 32-2). Plaintiffs argue that said defendant is trying to evade service, and it appears that may be happening. In any case, it is clear that the plaintiffs have been attempting to serve Outlook Express but have faced significant difficulty in doing so. Therefore, the court finds good cause to extend the time for service one more time.

***

Accordingly, it is ORDERED that:

(1) Plaintiffs' motion for extension of time to effectuate service of process (Doc. 32) is granted.

(2) Plaintiffs shall have until October 2, 2023, in which to perfect service of process upon defendant Outlaw Express.

DONE, this the 17th day of October, 2023.

                                  /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE