IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
CHARASMA MOSELEY; and      )
RONALD MOSELEY, as         )
Administrator Ad Litem for )
the Estate of K.M.,        )
Deceased,                  )
                           )
     Plaintiffs,           )
                           )     CIVIL ACTION NO.
     v.                    )       2:23cv262-MHT
                           )            (WO)
BIG'S TRUCKING; et al.,    )
                           )
     Defendants.           )
```

**JUDGMENT**

Upon consideration of the joint stipulation of dismissal (Doc. 36), which does not comply with the requirements of Federal Rule of Civil Procedure 41(a)(1)(A)(ii) but which the court construes as a joint motion to dismiss filed by plaintiffs and defendant State Farm Mutual Automobile Insurance Company pursuant to Federal Rule of Civil Procedure 41(a)(2), it is ORDERED that the motion is granted, plaintiffs' claims against defendant State Farm Mutual Automobile Insurance Company are dismissed with

prejudice, with the parties to bear their own costs, and said defendant is terminated as a party to this action.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed.

DONE, this the 18th day of September, 2023.

                                        /s/ Myron H. Thompson  
                                   **UNITED STATES DISTRICT JUDGE**