IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| CHARASMA MOSELEY, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No. |
| v. ) | 2:23-cv-00262-MHT-JTA |
| ) | |
| BIG'S TRUCKING, et al., ) | |
| ) | |
| Defendant. ) | |

## MOTION FOR DEFAULT JUDGMENT

**COME NOW** Plaintiffs Charasma Moseley and Ronald Moseley, as administrator Ad Litem for the Estate of Karmyn Amaris Hope Moseley, Deceased (collectively hereafter the "Plaintiffs"), by and through undersigned counsel, and hereby request the entry of a default judgment against Defendants Big's Trucking, Jeffrey Tarter, Pamela Tarter, and Outlaw Express, LLC and as grounds state as follows:

1. On March 24, 2023, Plaintiffs filed their Complaint against Defendants Big's Trucking, Jeffrey Tarter, Pamela Tarter, and Outlaw Express, LLC for claims of personal injury. (*See* Doc. 1).

2. Defendants Big's Trucking, Jeffrey Tarter, and Pamela Tarter were served pursuant to Rule 4 of the Federal Rules of Civil Procedure on July 5, 2023. (*See* Doc. 38). The applicable time limit for Defendants Big's Trucking, Jeffrey Tarter, and Pamela Tarter to appear or otherwise respond to this action under Rule 12 of the Federal Rules of Civil Procedure expired on July 26, 2023.

3. Defendant Outlaw Express, LLC was served pursuant to Rule 4 of the Federal Rules of Civil Procedure on August 18, 2023. (*See* Doc. 37). The applicable time limit for Defendant

Outlaw Express, LLC to appear or otherwise respond to this action under Rule 12 of the Federal Rules of Civil Procedure expired on September 8, 2023.

4. No person has otherwise appeared on behalf of Defendants Big's Trucking, Jeffrey Tarter, Pamela Tarter, and Outlaw Express, LLC to defend them, nor have Defendants Big's Trucking, Jeffrey Tarter, Pamela Tarter, and Outlaw Express, LLC filed answers in this matter.

5. Plaintiffs filed their *Request for Entry of Default* pursuant to Federal Rule of Civil Procedure 55(b) on December 20, 2023. (*See* Doc. 46). The *Clerk's Entry of Default* was entered on January 5, 2024. (*See* Doc. 47).

**WHEREFORE**, premises considered, Plaintiffs request that this Honorable Court enter a default judgment against Defendants Big's Trucking, Jeffrey Tarter, Pamela Tarter, and Outlaw Express, LLC and ask that the Court reserve its ruling on damages for a later date.

**RESPECTFULLY** submitted this 14th day of March, 2024.

> */s/ Michael G. Strickland*
> **MICHAEL G. STRICKLAND**
> **ASB-3871-S63M**
> Strickland & Kendall, LLC
> 2740 Zelda Road, Suite 500
> P.O. Box 99 (36101)
> Montgomery, AL 36106
> (334) 269-3230
> (334) 269-3239 fax
> mgs@jurytrial.us

## CERTIFICATE OF SERVICE

  I hereby certify that I electronically filed the foregoing using the CM/ECF system which will send notification of such filing to the following on this 14th day of March, 2024:

Jay S. Tuley
jtuley@hglawpc.com
Holtsford Gilliland Hitson Howard Stevens Tuley & Savarese, P.C.

Forrest L. Adams, II
Forrest@spinks-law.com
Spinks Law Group

*Attorneys for Defendant Commercial Express, Inc.*

Rebecca A. Young
rebecca.young@wilsonelser.com
Anna Saunders
anna.saunders@wilsonelser.com
Wilson, Elser, Moskowitz, Edelman & Dicker

*Attorneys for Defendant AmerisourceBergen Drug Corporation*

Eric D. Bonner
ebonner@chslaw.com
Clark, Hair, & Smith, PC

*Attorney for Defendant Ricky Lynn Gray*

  I further certify a true and correct copy of the foregoing was served upon the following by U.S. Mail, with postage prepaid and properly addressed, on this the 14th day of March, 2024:

Outlaw Express, LLC
c/o Brian Lipford
6979 Birchwood Road
Grand Ridge, FL 32442

Big's Trucking
Pamela Tarter
Jeffrey Tarter
1174 Branch Lane
Grand Ridge, FL 32442

                */s/ Michael G. Strickland*
                Of Counsel